UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                       Case No. 2:17-CR-37
                                       HON. PAUL L. MALONEY

ANDREW JAMES MURRAY

                Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on March 22, 2018, after receiving the written consent of defendant and all counsel.  At the hearing, defendant entered a plea of guilty to Count 1, charging defendant with Marriage Fraud in violation of 8:1325(c), 18:2(a), in exchange for the undertakings made by the government in the written plea agreement.  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 1 be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.  It is further recommended that the order setting conditions of defendant's release remain in effect pending sentencing. .

Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement,

determination of defendant's status pending sentencing, and imposition of sentence are

specifically reserved for the district judge.

_/s/ Timothy P. Greeley_____
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:  March 22, 2018

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district
judge.  Any application for review must be in writing, must specify the portions of the findings
or proceedings objected to, and must be filed and served no later than fourteen days after the plea
hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).